UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LULA TAYLOR,<br><br>    Plaintiff<br><br>v.<br><br>DAVID A. HARDY, et al.,<br><br>    Defendants | Case No.: 3:25-cv-00603-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 1-4 |

Plaintiff's motion for permission to register and use electronic case filing (ECF No. 1-4) is GRANTED. In order for Plaintiff to file documents electronically, she is required to register and maintain a CM/ECF account, which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Plaintiff shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on the website. Plaintiff is instructed that this order granting permission to file on CM/ECF is applicable only to this case.

**IT IS SO ORDERED**.

Dated: December 30, 2025

_____
Craig S. Denney
United States Magistrate Judge